# Robinson+Cole

RITA E. NERNEY

One Boston Place, 25th floor
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
rnerney@rc.com
Direct (617) 557-5981

Also admitted in Connecticut and
Rhode Island

April 3, 2024

**VIA ECF**
Honorable Judge Leo T. Sorokin
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      Re: *John R. Fitzgerald v. United Healthcare Insurance Company*
           Case No. 1:24-cv-10572-LTS

Dear Judge Sorokin:

I write on behalf of all parties in the above-captioned matter to advise the Court that the parties have reached a settlement agreement in principle and are working on finalizing the settlement/closing documents.

The parties expect to file a stipulation of dismissal within 30 days. In the interim, the parties respectfully request that all Court deadlines be held in abeyance.

Respectfully,

*/s/ Rita E. Nerney*

Rita E. Nerney

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP